IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-1183-EWN-OES

LEONARD R. ESPINOZA,

    Plaintiff,

v.

STRESSCON CORPORATION,

    Defendant.

_____

ORDER OF DISMISSAL WITH PREJUDICE
_____

    THIS MATTER having come before the Court on the parties' stipulation of dismissal of this action with prejudice under Rule 41(a)(1) of the Federal Rules of Civil Procedure; and the Court, being fully advised in the premises, does hereby

    ACCEPT the parties' stipulation and ORDER the dismissal of this action with prejudice, each party to bear its own fees and costs.

    ENTERED THIS 19TH DAY OF OCTOBER, 2005.

                                          /s/ Edward W. Nottingham
                                          Edward W. Nottingham
                                          United States District Judge